

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/20/11

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| BRODERICK ISLER | CIVIL ACTION NO. 3:11-cv-0878 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| OUACHITA PARISH CORRECTIONS CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Fed. R. Civ. P. 41(b).

MONROE, LOUISIANA, this **20** day of **September**, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE